Wilfredo ANDUJAR, Petitioner-
Appellant,

v.

Kenny ATKINSON, Respondent-
Appellee.

No. 15-6474

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2017

Decided: June 12, 2017

Wilfredo Andujar, Appellant Pro Se.

Before GREGORY, Chief Judge,
THACKER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Wilfredo Andujar, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant Andujar leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Andujar v. Atkinson*, No. 5:14-hc-02126-FL (E.D.N.C. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*